In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00092-CV**
_____

**IN RE KENNETH A. BITGOOD AND FRANK O. CARROLL III**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 20-05-05682-CV**

**ORDER**

Kenneth A. Bitgood and Frank O. Carroll III, Relators, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relators are the plaintiff and his counsel of record in Trial Cause Number 20-05-05682-CV, *Kenneth A. Bitgood v. Stephen S. Harkness and Anna M. Harkness*. Relators seek a writ compelling the Honorable Vince Santini, Judge of the 457th District Court of Montgomery County, Texas, to vacate a March 31, 2021 Order Imposing Sanctions. *See* Tex. Gov't Code Ann. § 22.221.

1

Relators request that the trial court's order imposing sanctions be stayed while this Court considers the mandamus petition. The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's March 31, 2021 Order Imposing Sanctions in Trial Cause Number 20-05-05682-CV is STAYED until our opinion issues in this mandamus action or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relators as a condition to any relief herein granted.

The response of the Real Parties in Interest, Stephen S. Harkness and Anna M. Harkness, is due on or before Monday, May 10, 2021.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED April 28, 2021.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2